UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-14050-CR-GRAHAM/MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERMAN DANIEL HAWTHORNE,

    Defendant.
_____/



FILED by _____ D.C.

OCT 2 5 2017

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

REPORT AND RECOMMENDATION ON DEFENDANT'S
ADMISSION TO VIOLATION NUMBERS 2 AND 6 AS SET FORTH IN THE
PETITION ALLEGING VIOLATIONS OF SUPERVISED RELEASE

**THIS CAUSE** having come before the Court for a final hearing on October 24, 2017, in respect to the pending Petition for Warrant for Offender under Supervision (the "Petition"), and this Court having convened a hearing, recommends to the District Court as follows:

1. Defendant appeared before this Court on October 24, 2017 for a final hearing with respect to the Petition, which alleges the following violations of supervised release:

| | |
|---|---|
| **Violation Number 1** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 26, 2017, in Highlands County, Florida, the defendant committed the offense of Resisting Officer Without Violence, contrary to Florida Statute 843.02. |
| **Violation Number 2** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 26, 2017, in Highlands County, Florida, the defendant committed the offense of Possession of Cocaine, contrary to Florida Statute 893.13. |
| **Violation Number 3** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 26, 2017, in Highlands County, Florida, the defendant committed the |

|  |  |
|---|---|
|  | offense of Possession or Use of Drug Paraphernalia, contrary to Florida Statute 893.147(1). |
| **Violation Number 4** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 26, 2017, in Highlands County, Florida, the defendant committed the offense of Trafficking in Cocaine, contrary to Florida Statute 893.135(1)(b)(1). |
| **Violation Number 5** | **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about August 26, 2017, in Highlands County, Florida, the defendant committed the offense of Tampering with Physical Evidence, contrary to Florida Statute 918.13. |
| **Violation Number 6** | **Violation of Standard Condition**, by leaving the judicial district without first securing permission of the probation office. On or about August 26, 2017, the defendant traveled to Lee County, Fort Myers, Florida, without securing the permission of the probation officer or the court, as evidence by the defendant's admission to traveling out of the district on that date. |

2. On October 11, 2017 this court conducted a probable cause hearing on the Petition. This Court did not find probable cause as to Violation Numbers 1, 3, and 5.

3. After consultation with his attorney, Defendant announced to this Court that he wished to admit Violation Numbers 2 and 6, as set forth in the Petition. The Government announced that it agreed to seek dismissal of Violation Number 4 of the Petition at sentencing. This Court questioned Defendant on the record and made certain that he understood his rights in regards to an evidentiary hearing with respect to the alleged violations. Defendant acknowledged that he understood his rights in that regard and further understands that all that will remain will be for the District Court to conduct a sentencing hearing for final disposition in this matter.

4. Counsel for the parties agreed that the Court could take judicial notice of the facts relating to Violation Numbers 2 and 6 set forth in the Petition and Memorandum from United

States Probation Officer Amanda Maghan dated September 25, 2017, as well as Government's Exhibit 1. Government's Exhibit 1 is an Incident Report signed by Defendant where he admits to leaving the District to get cocaine on August 26, 2017. Therefore, the Court takes judicial notice of the facts relating to Violation Numbers 2 and 6 as set forth in the Petition, Memorandum, and Government's Exhibit 1, and finds that they set forth a sufficient basis to support the Defendant's admission to Violation Numbers 2 and 6.

5. The possible maximum penalties faced by Defendant were read into the record by the Government, and Defendant stated that he understood those penalties.

**ACCORDINGLY**, based upon Defendant's admission to Violation Numbers 2 and 6 of the Petition under oath, this Court recommends to the District Court that Defendant be found to have violated his supervised release with respect to Violation Numbers 2 and 6, and that a sentencing hearing be set at the earliest convenience of the District Court for final disposition of this matter.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Donald L. Graham, the United States District Judge assigned to this case. Pursuant to Federal Rules of Criminal Procedure, Rule 59(b)(2), failure to file objections timely waives a party's right to review and bars the parties from attacking on appeal any legal rulings and factual findings contained herein.

**DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 25th day of October, 2017.

SHANIEK M. MAYNARD
UNITED STATES MAGISTRATE JUDGE

Copies furnished:
Hon. Donald L. Graham
AUSA Diana Acosta
AFPD Panayotta Augustin-Birch
U.S. Probation (USPO Amanda Maghan)